UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>AEI WILLIAMS GROUP, CO., a Washington corporation,<br><br>Defendant. | Case No. 2:19-cv-00688 TSZ<br><br>ORDER ON THE CARPENTERS TRUSTS' MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on the motion of Plaintiffs, commonly known as the Carpenters Trusts of Western Washington, for entry of default judgment against Defendant AEI Williams Group, Co. The Court has considered the motion, supporting papers with exhibits, as well as the pleadings, court files, and records in this matter.

The Court, being otherwise generally advised, ORDERS:

1. The Carpenters Trusts' motion for entry of default judgment, docket no. 9, is GRANTED;

2. The Court finds that defendant AEI Williams Group, Co. is liable to the Carpenters Trusts under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds that defendant AEI Williams Group, Co. is liable to the Carpenters Trusts for $2,961.75, consisting of $2,346.95 in fringe benefit contributions, $281.63 in liquidated damages, for the period November 1, 2017 through September 30, 2018, plus $333.17 in accrued, prejudgment interest through July 18, 2019;

4. The Court finds that defendant AEI Williams Group, Co. is liable to the Carpenters Trusts for $4,342.00 in attorney fees under 29 U.S.C §1132(g)(2)(D), and $524.00 in costs directly related to this action;

5. This judgment shall bear interest at 1.79 percent, per annum from the date of this judgment until paid in full, as required under 28 U.S.C. § 1961(a); and

6. The Clerk of Court is directed to enter judgment against defendant AEI Williams Group, Co. consistent with this order.

Dated: August 13, 2019.

_____
Thomas S. Zilly
United States District Judge